**Motion Granted in Part and Denied in Part and Order filed February 4, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00418-CV**

_____

**JUNE R. WILLIAMS, Appellant**

**V.**

**STONELEIGH GARDENS ASSOCIATES, L.L.C, Appellee**

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1128153**

## O R D E R

Appellant's brief was originally due October 6, 2019. We have granted three extensions of time to file appellant's brief until January 14, 2020. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. On January 13, 2020, appellant filed a further request for extension of time to file appellant's brief until February 6, 2020.

We GRANT the request for extension and issue the following order.

Unless appellant files a brief with this court on or before **February 14, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

In her January 13, 2020 fourth motion for extension of time to file her appellate brief, appellant requests "sanctions and other relief" against appellee and its legal counsel. Appellant provides no briefing in support of this request. The request is DENIED.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.